**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM RODNEY MADISON,

          Plaintiff,

vs.                               Case No. 3:05-cv-1327-J-32MMH

SISSY ADAMS-JONES,

          Defendant.
_____/

**REPORT AND RECOMMENDATION**[1]

      This cause is before the Court on the Order to Show Cause (Doc. No. 6; Order to Show Cause) entered on January 24, 2006. Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

      On December 27, 2005, simultaneously with the filing of his complaint, Plaintiff filed a motion seeking an order from the Court staying the payment of the filing fees and costs to pursue this action. See Plaintiff's Motion to Stay Filing Fees and Costs of Action (Doc. No. 2; Motion). On January 5, 2006, the undersigned denied Plaintiff's Motion and directed him to either pay the required filing fee or file a request to proceed in forma pauperis by January 20, 2006. See Order (Doc. No. 4) at 1. Further, Plaintiff was cautioned that failure to comply with the Court's Order might "result in a recommendation that this action be

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

dismissed for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida (Local Rule(s))." Id. at 1-2.

When Plaintiff failed to comply with this Order, the Court issued the Order to Show Cause on January 24, 2006, instructing Plaintiff to show cause no later than February 6, 2006, "why this case should not be dismissed for failure to comply with the Court's Order and failure to prosecute." Order to Show Cause at 1-2. The Court informed Plaintiff that failure to respond to the Order to Show Cause would result in a recommendation that this action be dismissed pursuant to Local Rule 3.10(a). See id. at 2. However, as of this date, Plaintiff still has not complied with the Court's Order (Doc. No. 4) or responded to the Order to Show Cause (Doc. No. 6).

## **RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for want of prosecution.

**ENTERED** at Jacksonville, Florida, on February 14, 2006.

**MARCIA MORALES HOWARD**
United States Magistrate Judge

ja

Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

Counsel of Record
Pro Se Parties