**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

WILLIAM RODNEY MADISON,

        Plaintiff,

vs.                                                        Case No. 3:05-cv-1327-J-32MMH

SISSY ADAMS-JONES,

        Defendant.

                                        

**ORDER**[1]

This case is before the Court on the February 14, 2006 Report and Recommendation of the assigned United States Magistrate Judge (Doc. 7) who has recommended that this case be dismissed for failure to prosecute. Plaintiff failed to file objections and the time in which to do so has now passed. Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 7), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 7) of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

2.  Pursuant to Local Rule 3.10(a), plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice** for failure to prosecute. The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of March, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Marcia M. Howard
United States Magistrate Judge

pro se plaintiff